**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-30726 | RS | Judge: | Richard Stair Jr. | Trustee Name: | MICHAEL H. FITZPATRICK |
|---|---|---|---|---|---|---|
| Case Name: | ROY S. ELLIOTT | | | | Date Filed (f) or Converted (c): | 02/28/2013 (f) |
| | MARILYN ELLIOTT | | | | 341(a) Meeting Date: | 04/01/2013 |
| For Period Ending: | 03/31/2014 | | | | Claims Bar Date: | 07/08/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 12.00 | Unknown | OA | 0.00 | FA |
| 2. Union Bank/Checking Act. | 2,000.00 | Unknown | OA | 0.00 | FA |
| 3. Union Bank/Joint Checking Act. w/Son | 448.00 | Unknown | OA | 0.00 | FA |
| 4. Jellico Electric/Deposit | 200.00 | Unknown | OA | 0.00 | FA |
| 5. Landlord/Deposit | 200.00 | Unknown | OA | 0.00 | FA |
| 6. LR Suit, DR Suit, Washer/Dryer, Microwave, Refrige | 2,183.00 | Unknown | OA | 0.00 | FA |
| 7. Books, Pictures | 25.00 | Unknown | OA | 0.00 | FA |
| 8. Clothing | 250.00 | Unknown | OA | 0.00 | FA |
| 9. Jewelry | 70.00 | Unknown | OA | 0.00 | FA |
| 10. Gun | 129.00 | Unknown | OA | 0.00 | FA |
| 11. 1998 Dodge Caravan (173,356 miles) | 600.00 | Unknown | OA | 0.00 | FA |
| 12. 1991 Chevy Corsica (282,450 miles) | 50.00 | Unknown | OA | 0.00 | FA |
| 13. 1994 Geo Prizm (228,989 miles) | 100.00 | Unknown | OA | 0.00 | FA |
| 14. Pet | 0.00 | Unknown | OA | 0.00 | FA |
| 15. Possible $10,000 preference re son's tuition (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $6,267.00 | $0.00 | | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Review 3/27/14.
Case Review 3/5/2014.
Case Review 1/22/2014
Case Review 12/10/2013.
Case Review 10/23/2013.
Case Review 9/20/2013.
Case Review 7/26/2013.
Case Review 6/21/2013.
Hired counsel to recover $10k preference 4/19/13.
Have details of NADC 10/12 $6k payment.


Initial Projected Date of Final Report (TFR): 12/31/2013     Current Projected Date of Final Report (TFR): 09/30/2014

Trustee Signature:     /s/ MICHAEL H. FITZPATRICK          Date: 04/24/2014

MICHAEL H. FITZPATRICK
2121 FIRST TENNESSEE PLAZA
KNOXVILLE, TN  37929
mhf@QCFLaw.com
(865) 524-1873
mhf@qcflaw.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-30726 | Trustee Name: MICHAEL H. FITZPATRICK |
| Case Name: ROY S. ELLIOTT | Bank Name: |
| MARILYN ELLIOTT | Account Number/CD#: |
| Taxpayer ID No: | Blanket Bond (per case limit): $17,481,000.00 |
| For Period Ending: 03/31/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|   | $0.00 | $0.00 | $0.00 |
|   | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ MICHAEL H. FITZPATRICK    Date: 04/24/2014

MICHAEL H. FITZPATRICK
2121 FIRST TENNESSEE PLAZA
KNOXVILLE, TN  37929
mhf@QCFLaw.com
(865) 524-1873
mhf@qcflaw.com

Page Subtotals:    $0.00    $0.00