

**SO ORDERED.**
**SIGNED this 5th day of February, 2015**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **ROY S. ELLIOTT,**　　　　　　　　　　　　Case No. **13-30726**
    **MARILYN ELLIOTT,**　　　　　　　　　　　Chapter 7
        Debtors.

## ORDER ALLOWING COMPROMISE OF DISPUTE

Michael H. Fitzpatrick, Trustee, moved the Court for authority to settle a $10,000.00 default judgment of the estate with Lincoln Educational Services for $6,500.00 and gave notice to creditors and other parties in interest of the compromise. No objections were filed. The Court is therefore of the opinion that the Motion should be granted as follows:

1. That the Trustee be and is hereby allowed to settle the $10,000.00 default judgment of the estate against Lincoln Educational Services for $6,500.00. A lump-sum payment of $6,500.00 shall be made upon the finality of this order.

###

APPROVED:

*/s/ Michael H. Fitzpatrick*
Michael H. Fitzpatrick, Trustee
BPR No. 006033
**QUIST, CONE & FISHER, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
mhf@qcflaw.com